

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00082-CR

**IN RE** James **LEGATE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  March 5, 2014

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On February 3, 2014, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on a motion pending in his underlying criminal proceeding. However, on February 26, 2014, the trial court signed an order dismissing relator's motion for lack of jurisdiction. Because the trial court has issued a ruling and relator has obtained the relief requested by his petition for writ of mandamus, the petition is denied as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1998CR6480, styled *The State of Texas v. James Legate*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.